

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00694-CV

**IN THE INTEREST OF J.F.**, M.F., and J.I., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00745
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. No costs of appeal are assessed against appellant.

Gerald Uretsky's motion to withdraw as counsel is GRANTED.

SIGNED February 5, 2014.

_____
Karen Angelini, Justice